IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LATRISHA A. WOODS, | ) |
| Plaintiff, | ) |
| v. | ) |
| TEAMSTERS LOCAL 767, | ) |
| Defendant. | ) Civil Action No. 3:18-CV-130-C-BN |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that the above-styled and -numbered civil action be transferred, *sua sponte*, to the Fort Worth Division of the Northern District of Texas. Plaintiff did not file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the above-styled and -numbered civil action is **TRANSFERRED** to the Fort Worth Division of this Court.

SO ORDERED this 19th day of March, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE